UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**Wenmei Pan,** Plaintiffs,

v.

**Pedro Rivera**
Defendant.

Case No.: 3:25-cv-01679 -(CVR)

2026 FEB 23 PM4:29

CLERK'S OFFICE USDC PR
RECEIVED AND FILED

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant, Pedro Rivera, appearing pro se, responds:

## 1. GENERAL DENIAL

Defendant denies each and every allegation in the Complaint unless expressly admitted.

## 2. RESPONSE TO ALLEGATIONS

"Defendant denies the allegations contained in each paragraph of the Complaint and demands strict proof thereof."

## 3. AFFIRMATIVE DEFENSES

Without waiving any defenses:

- Failure to state a claim

- Reservation of rights to assert additional defenses as discovery proceeds

- Lack of proximate cause

- Comparative negligence

- Assumption of risk

- Intervening cause

- Failure to mitigate damages

## 4. RELIEF REQUESTED

WHEREFORE, Defendant requests that the Complaint be dismissed and that the Court grant any other relief deemed appropriate.

Respectfully submitted,

**Pedro Rivera**
**475 Calle Via Marbella, Dorado 00646**
Pedro Rivera

816-395-2103
Pedrorivera1628@gmail.com

Date:02/23/26